UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER D. SCHNEIDER,

        Plaintiff,

   v.

BANK OF AMERICA N.A., BANK OF AMERICA MORTGAGE, BANK OF AMERICA HOME LOANS SERVICING LP, BALBOA INSURANCE CO., HOME RETENTION GROUP, QUALITY LOAN SERVICE CORP., CLIFF COLER, DOES 1-40,

        Defendants.

           NO. CIV. S-11-2953 LKK/DAD PS

           O R D E R

    Plaintiff Christopher Schneider, pro se, was granted a Temporary Restraining Order ("TRO") to prevent Defendants Bank of America, N.A., et al., from foreclosing on Plaintiff's property located at 16291 Stone Jug Rd., Sutter Creek, CA 95688. Order, ECF No. 12 (Nov. 17, 2011). The TRO was set to expire on Thursday, December 1, 2011, at 5 PM. Id.

    Plaintiff has requested that this court issue an Order to Show Cause to Defendants as to why a preliminary injunction should not

1

be issued against them.  Pls' Appl., ECF No. 16 (Nov. 29, 2011).

The court hereby sets a hearing on Plaintiff's application for a preliminary injunction on January 17, 2012, at 10:00 A.M. Although the court, in its order granting a TRO, referred all further pretrial proceedings to Magistrate Judge Dale A. Drozd, pursuant to Local Rule 302(c)(3), Plaintiff's request for injunctive relief must be heard by a District Court Judge.  The hearing for the preliminary injunction shall therefore be before the District Court Judge in this matter.

Although Plaintiff has applied for an Order to Show Cause as to why a preliminary injunction should not be issued against Defendants, Plaintiff has not filed a motion for a preliminary injunction with the requisite accompanying brief required by Local Rule 231(d).  Plaintiff shall therefore file a motion for preliminary injunction in accordance with Local Rule 231(d) by December 19, 2011.  Defendants shall file an opposition to Plaintiff's motion for a preliminary injunction, in accordance with Local Rule 231(d), by January 3, 2012, or not at all.  Plaintiff shall file a reply to Defendants' opposition, in accordance with Local Rule 231(d), on January 10, 2012.

The court finds that good cause exists to extend the TRO to allow adequate time for briefing on the motion in this case.  See Fed. R. Civ. P. 65(b)(2).  The Temporary Restraining Order shall therefore remain in effect through the hearing on January 17, 2012.

////

////

1    Accordingly, the court ORDERS as follows:
2        [1] A hearing on Plaintiff's motion for a preliminary
3        injunction is SET for January 17, 2012 at 10:00 A.M.
4        [2] Plaintiff SHALL file a motion for preliminary
5        injunction in accordance with Local Rule 231(d) by
6        December 19, 2011.  Defendants SHALL file an opposition
7        to Plaintiff's motion for a preliminary injunction, in
8        accordance with Local Rule 231(d), by January 3, 2012,
9        or not at all.  Plaintiff SHALL file a reply to
10       Defendants' opposition, in accordance with Local Rule
11       231(d), on January 10, 2012.
12       [3] The Temporary Restraining Order shall remain in
13       effect through the hearing on January 17, 2012.
14   IT IS SO ORDERED.
15   DATED:  December 1, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT