IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER D. SCHNEIDER,

    Plaintiff,   Case No. 2:11-cv-2953 LKK DAD PS

    vs.

BANK OF AMERICA N.A., et al.,   ORDER

    Defendants.

_____/

This case came before the undersigned on March 2, 2012, for hearing on defendants' motions to dismiss plaintiff's amended complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and plaintiff's motions for a preliminary injunction and for imposition of sanctions. Plaintiff Christopher Schneider, who is proceeding pro se in this action, appeared on his own behalf. Attorney Ashley Hennessee appeared on behalf of defendant Quality Loan Service Corporation. Attorney Tracy Moyer appeared telephonically on behalf of defendants Bank of America, N.A., BAC Home Loan Servicing, LP, and Balboa Insurance Company.

Having considered all the written materials submitted in connection with the motion, and after hearing oral argument, for the reasons stated on the record during the hearing, IT IS ORDERED that:

1

1. The Status (Pretrial Scheduling) Conference set for March 16, 2012, is hereby vacated;

2. Pursuant to the parties' agreement in open court, an Early Settlement Conference is set for **Friday, March 16, 2012, at 10:30 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned;

3. The parties shall submit brief letters addressing their respective settlement positions at least two days prior to the March 16, 2012 Early Settlement Conference; and

4. Any party may appear at the Early Settlement Conference telephonically <u>if</u> the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 <u>at least 48 hours before the Early Settlement Conference</u>.

DATED: March 5, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\schneider2953.oah.030212