IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER D. SCHNEIDER,

      Plaintiff,                         Case No. 2:11-cv-2953 LKK DAD PS

     vs.

BANK OF AMERICA N.A., et al.,        <u>ORDER</u>

      Defendants.

_____/

        Plaintiff, Christopher Schneider, is proceeding in this action pro se. The case was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

        On March 16, 2012, the parties appeared before the undersigned for an Early Settlement Conference. After engaging in settlement negotiations a tentative settlement agreement was reached, subject to approval by defendant Bank of America. On March 26, 2012, defendant Bank of America filed a notice of approval of settlement terms. (Doc. No. 70.) On April 17, 2012, however, plaintiff filed a motion for an extension of time to file a second amended complaint, in which plaintiff indicates that "settlement negotiations [are] taking additional time . . ." (Doc. No. 71 at 1.)

/////

/////

Accordingly, IT IS ORDERED that:

1. A Status of Settlement Conference is set for **Friday, May 25, 2012, at 11:00 a.m.** before the undersigned; and

2. The parties <u>shall</u> appear at the Status of Settlement Conference telephonically.[1] Each party shall pre-arrange their appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 <u>at least 48 hours before the Status of Settlement Conference</u>. A land line telephone number must be provided.

DATED: May 7, 2012.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\schneider2953.status.settlement.ord

---

[1] Because it is anticipated that the conference will be brief, the court is directing that both parties appear telephonically.