IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER D. SCHNEIDER,

    Plaintiff,                      Case No. 2:11-cv-2953 LKK DAD PS

    vs.

BANK OF AMERICA N.A., et al.,        ORDER

    Defendants.

_____/

    The undersigned hereby disqualifies himself from this action pursuant to 28 U.S.C. § 455.  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court refer this case to another available United States Magistrate Judge for all further proceedings which may be appropriate or required.

DATED: June 8, 2012.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\schneider2953.recusal.ord