CHRISTOPHER D SCHNEIDER
In Propria Persona
16291 Stone Jug Rd.
Sutter Creek CA 95685
(650) 863-2215

**FILED**

SEP 1 0 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN AND FOR THE UNITED STATES

EASTERN DISTRICT COURT, SACRAMENTO CA

CHRISTOPHER D. SCHNEIDER,                )   Case No. 2:11-CV-2953-LKK-EFB
                                         )
                Plaintiff                )   PLAINTIFF'S APPLICATION UNDER
                                         )   LOCAL RULE 133(b)(3) TO BEGIN
vs.                                      )   FILING ECF DOCUMENTS
                                         )   ELECTRONICALLY AS SOON AS
BANK OF AMERICA N.A, ET AL               )   POSSIBLE.
                                         )
                                         )
                Defendants.              )
                                         )
                                         )
                                         )
_____          )

    Plaintiff has been and continues to be prejudiced by the requirement that he may "**not**[1] utilize

electronic filing except…." Due to recent events and the verified policies of the Clerk's office regarding

paper documents, Plaintiff requests to be granted full and equal access to the court's ECF system as soon

as possible, so that he may utilize it to file documents electronically.

    ECF No. 101 was unnecessary, and the delay in the Court getting Plaintiff's motion to Vacate,

which was filed the day before ECF No. 101 (yet not scanned), and served two days before was an

arguable waste. On August 23, 2012, plaintiff wrote to *attempt* to reach a stipulated agreement with

opposing counsel[2], a copy of this letter is attached as **Exhibit 1** and incorporated here in full for reference.

---

[1] E.D. L.R. 133(b)(2) bold in original.
[2] "Exceptions from these rules shall be submitted as stipulations…" E.D. L.R. 133(b)(3)

Plaintiff's application to file documents using ECF    - 1 -

Opposing counsel for BAC[3] et al. wrote back a week later; 1) refused to agree to the proposed stipulation and; 2) "reserve all rights to oppose such a request" a copy of which is attached as **Exhibit 2** and incorporated here in full for reference.

Therefore, Plaintiff submits this motion without any cooperation or prior stipulation by opposing counsel as delineated in L.R. 133(b)(3). A copy of Plaintiff's proposed stipulation is/was attached to the letter sent to opposing counsel (as well as a proposed order) *Exhibit 1 Id.*

Good cause exists for this exception. Plaintiff has repeatedly been prejudiced by the "delay" in his paper filed documents getting scanned into the system, and by not being able to access the ECF system electronically. The most recent example of this is illustrated with the motions surrounding ECF No. 101 *Id.* and immediately following Plaintiff's lack of notice of ECF No. 105 which he received on September 24/25, 2012 *after* he had already filed his opposition to defendant Quality's MTD.

Had Plaintiff had equal and full electronic access and ability to file documents using the ECF system he would have been informed *before* he filed his MTD opposition that this Court had issued the Minute Order of August 23, 2012. Mooting out his deadline for the day before and his request for and extension of time, when the hearing for September 5, 2012 was *continued* to October 31, 2012, therefore moving his deadline to oppose up by almost two months. Plaintiff could have used this additional time to more thoroughly research and prepare his opposition, which has now already been filed and responded to by defendant Quality Loan Service Corp.

Plaintiff lives outside Sutter Creek, CA that is 53 miles one way[4] (Cal. Gov't C. § 504) from Sacramento and about 1.5 hours drive each way. Each time Plaintiff has to file documents in paper format he is required to drive down to Sacramento, which takes about 1/2 a day (for which he loses income), and costs about $60.00 in expenses[5]. Plaintiff has done this drive hundreds of times and has filed documents in this case over 30 times, equaling in excess of $ 1800 in direct out of pocket costs[6] for only his filed paperwork trips, all because he is representing himself and must file documents in paper format.

///

///

---

[3] Quality Loan Service's Counsel never responded.
[4] Plaintiff's actual mileage is greater than this coded number as a RJNable standard.
[5] Calculated at .55 per mile mileage, and parking fees.
[6] Technically some of these documents could have been mailed or Fed Ex'd in, however that would have lessened Plaintiff's time to respond by 2-5 days, still cost money, and not guaranteed a stamped hard copy.

These are not inconsequential costs, and are solely borne by a *pro se* plaintiff in a case such as this. Opposing counsel has no such mandate that increases their costs (and eats away their deadline times), rather they are mandated to file electronically which gives them until Midnight the day of the deadline, and greatly simplifies the filing of all of their documents immediately.

Good cause exists for Plaintiff's request to file documents "either electronically or in paper format"[7] it will save countless hours of Plaintiff's time, the Court's time, avoid wasting resources and creating unneeded pollution and provide all parties with timely information.

Dated: September 10, 2012                                   Respectfully Submitted,

                                                            Christopher D. Schneider, In Pro Per

---

[7] If Defendant's ever cry prejudice in a future delay of a day or two by being served by mail, or Plaintiff being given an extra day or two (opting out of official service by email), he has no objection to any response time being exactly equal and will stipulate to that if needed.

# EXHIBIT 1

16291 Stone Jug Rd.
Sutter Creek CA 95685

# Christopher D. Schneider

August 23, 2012

McGuire Woods
Att: Alison V. Lippa Esq.
1800 Century Park East 8th Floor
Los Angeles, CA 90067

McCarthy & Holthus LLP
Att: Andrew Hall Esq.
1770 Fourth Ave.
San Diego, CA 92101

RE: Case # 2:11-CV-2953-LKK-EFB

Dear Opposing Counsel,

Enclosed is a proposed stipulation to allow me to file ECF documents and to continue to receive service by opposing counsel in paper format and when possible by email (See E.D.L.R. No. 133(b)(2) & (3)).

The Eastern District Clerk's office has a "policy" that any pro se paper documents filed in person are not to be filed the day received, instead they are intentionally held for at least a day and as much as 3 days before being scanned into the ECF system then filed.

This policy has been, and continues to be extremely prejudicial to me and documents have repeatedly been scanned or served on me in such a manner that by the time I respond and/or paper file with the "delay" the paper is either then untimely or moot.

One example of this in action occurred yesterday with a motion to vacate I served on Aug 20, filed on Aug 21, that was then not entered until Aug 22 after Judge Brennan had issued an Order that was not needed (ECF No. 101 I believe).

I do not have phone or Internet service at my home, and so must be served by US Mail. I do have access to email when I go to town, but I *do not* and will not go to town everyday so service by email may be slower/more prejudicial to me if such service is also not done via US Mail at the same time.

Please sign the proposed stipulation or get back to me with any concerns in a timely manner.

Sincerely,

Christopher D. Schneider

CHRISTOPHER D SCHNEIDER
In Propria Persona
16291 Stone Jug Rd.
Sutter Creek CA 95685
(650) 863-2215

IN AND FOR THE UNITED STATES

EASTERN DISTRICT COURT

| CHRISTOPHER D. SCHNEIDER, | Case No. 2:11-CV-02953-LKK-EFB |
|---|---|
| Plaintiff, | STIPULATION AND PROPOSED ORDER FOR PLAINTIFF TO FILE DOCUMENTS ELECTRONICALLY OR IN PAPER FORMAT |
| vs. | |
| BANK OF AMERICA N.A, et al. | |
| Defendants. | |

IT IS STIPULATED by and between the parties hereto that Plaintiff Christopher D. Schneider in the above entitled action shall be; 1) allowed to file documents either electronically or in paper format and shall be granted all necessary access to do so, with the preferred method to be an electronically filed format and; 2) that he shall continue to be served in both paper and electronic format and "opts out" of electronic service due to the fact that he has no Internet or phone service at his home and only received US Mail.

Dated: August ___, 2012

Signed:_____

CHRISTOPHER D. SCHNEIDER, PLAINTIFF in pro per

- 1 -

1

2  Dated: August ___, 2012                    McGuire Woods LLP

3

4                                             By:_____

5                                                    ALISON V. LIPPA
                                             Attorney for Defendants, BANK OF
6                                            AMERICA N.A. for itself and as successor
                                             by merger to BAC HOME LOANS
7                                            SERVICING, LP; BALBOA INSURANCE
8                                            COMPANY; and FEDERAL HOME LOAN
                                             MORTGAGE CORPORATION
9

10

11  Dated: August ___, 2012                  McCarthy Holthus, LLP

12

13                                           By:_____

14                                                  ANDREW E. HALL
                                             Attorney for Defendant,
15                                           QUALITY LOAN SERVICE CORP

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

# [PROPOSED] ORDER

IT IS SO ORDERED, that 1) Plaintiff shall be allowed to file documents either electronically or in paper format and shall be granted all necessary access to do so, with the preferred method to be an electronically filed format and; 2) that he shall continue to be served in both paper and electronic format and "opts out" of electronic service due to the fact that he has no Internet or phone service at his home and only received US Mail.

DATED: _____

HONORABLE EDMUND F. BRENNAN
MAGISTRATE JUDGE

- 3 -

# EXHIBIT 2

McGuireWoods LLP
1800 Century Park East
8th Floor
Los Angeles, CA 90067
Phone: 310.315.8200
Fax: 310.315.8210
www.mcguirewoods.com

Alison V. Lippa
Direct: 310.315.8200

# McGUIREWOODS



alippa@mcguirewoods.com
Direct Fax: 310.315.8210

August 28, 2012

Christopher D. Schneider
16281 Stone Jug Road
Sutter Creek, CA 95685

**Re:** ***Christopher Schneider v. Bank of America, N.A. et al.***
**U.S. District Court, Eastern District of California Case No. 2:11-CV-02953-**
**LKK-EFB**

Dear Mr. Schneider,

I am in receipt of your correspondence dated August 23, 2012 concerning your request that you be permitted to file documents through the court's Electronic Filing system ("ECF"). You have asked the parties to stipulate to your request.

Eastern District Local Rule 133(a) is clear that "[p]ro se parties shall file and serve paper documents as provided in these Rules." Further, Local Rule 133(b) states that you must obtain permission from the court to utilize ECF:

> Any person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge. See L.R. 133(b)(3). All pro se parties shall file and serve paper documents as required by applicable Federal Rules of Civil or Criminal Procedure or by these Rules.

Therefore, I cannot and do not stipulate to your request that the Court permit you to file electronically. Please direct your request to the Court. If and when you should seek leave to file through the ECF system please provide proper notice to all parties as we reserve all rights to oppose such a request.

Sincerely,

*Alison Lippa*

Alison V. Lippa
McGuireWoods LLP

cc: Andrew Hall

Atlanta | Austin | Baltimore | Brussels | Charlotte | Charlottesville | Chicago | Houston | Jacksonville | London
Los Angeles | New York | Norfolk | Pittsburgh | Raleigh | Richmond | Tysons Corner | Washington, D.C. | Wilmington

COURT:           USDC Eastern District Sacramento, CA
CASE NO:         2:11-cv-02953-LKK-EFB
CASE NAME:       *Schneider v. Bank of America N.A. et al.*

## PROOF OF SERVICE

I, the undersigned, am a citizen of the United States, resident of the State of California.  My Address is:

My Pak & Ship Korner
12 Ridge Road Suite A
Sutter Creek CA 95685

I am over the age of 18, and not a party to the above-entitled action and on September 10, 2012 I served via First-Class Mail, a copy of; **Plaintiff's application under Local Rule 133(b)(3) to begin filing ECF documents electronically as soon as possible.**

I, served the above mentioned on:

SEE ATTACHED SERVICE LIST

By placing the sealed envelopes with the United States Postal Service.

1.     The envelopes were addressed and mailed as follows:

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 10, 2012 at Sutter Creek, CA

By: _____

Print Name: _____Kristei M. Masselas_____

Proof of Service

- 1 -

COURT:          USDC Eastern District Sacramento, CA
CASE NO:        2:11-cv-02953-LKK-EFB
CASE NAME:      *Schneider v. Bank of America N.A. et al.*

## SERVICE LIST FOR DEFENDANTS AND THEIR AGENTS

McGuireWoods LLP
Bank of America N.A.,ET AL
Att: Alison V. Lippa
1800 Century Park East 8th Floor
Los Angeles, CA 90067

McCarthy & Holthus LLP
Quality Loan Service Corp.
Att: Andrew Hall
1770 4TH Avenue
San Diego, CA 92101