1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CHRISTOPHER D. SCHNEIDER,                    No.  2:11-cv-2953-JAM-EFB PS

12              Plaintiff,

13        v.                                        ORDER

14    BANK OF AMERICA N.A., BANK OF
      AMERICA MORTGAGE, BANK OF
15    AMERICA HOME LOANS SERVICING
      LP, BALBOA INSURANCE CO., HOME
16    RETENTION GROUP, QUALITY
      RETENTION GROUP, QUALITY LOAN
17    SERVICE CORP., CLIFF COLER, DOES
      1-40,
18
                Defendants.
19

20

21        On March 11, 2015, plaintiff filed a request for an extension of time to file objections to

22    the February 27, 2015 findings and recommendations.  ECF No. 179.

23        It is hereby ORDERED that plaintiff's March 11, 2015 request for an extension of time

24    (ECF No. 179) is granted, and plaintiff shall file his objections by March 20, 2015.

25        SO ORDERED.

26    DATED:  March 12, 2015.

27                                                  _____
                                                    EDMUND F. BRENNAN
                                                    UNITED STATES MAGISTRATE JUDGE
28