UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER D. SCHNEIDER, | No. 2:11-cv-2953-JAM-EFB PS |
| Plaintiff, | |
| v. | Notice of Lis Pendens |
| BANK OF AMERICA N.A.; BANK OF AMERICA MORTGAGE, BANK OF AMERICA HOME LOANS SERVICING LP, BALBOA INSURANCE CO., HOME RETENTION GROUP, QUALITY RETENTION GROUP, QUALITY LOAN SERVICE CORP., CLIFF COLER, DOES 1-40, | |
| Defendants. | |

PLEASE TAKE NOTICE that this action was commenced in the above-named court on Monday November 7, 2011 by CHRISTOPHER D. SCHNEIDER against; BANK OF AMERICA N.A., BANK OF AMERICA MORTGAGE, BANK OF AMERICA HOME LOANS SERVICING LP, BALBOA INSURANCE COMPANY, HOME RETENTION GROUP, QUALITY LOAN SERVICE CORP, FEDERAL HOME LOAN MORTGAGE CORPORATION; and DOES 1 through 40, and is now pending.

The complaint alleges real property claims affecting real property located in Amador County, California, commonly known as 16291 Stone Jug Rd. Sutter Creek, CA 95685, and described as follows:

Parcel 1:
All that portion of the Northeast Quarter of the Southwest Quarter of Section 19, Township 7 North, Range 12 East, M.D.B.&M., that lies North of the Rancheria Road, as the same existed on June 30, 1955.

Parcel 2:
A non-exclusive 50 foot easement for ingress, egress and utility purposes as conveyed by Ivan Bowman recorded September 5, 1975 in Book 277 at page 684, Amador County Official Records.

The property is designated as Parcel No. 030-010-012-000 in the Amador County Assessor's office.

Date:  February 25, 2015                    <u>signature on original</u>

                                                CHRISTOPHER D. SCHNEIDER, Plaintiff pro per

Dated:  April 21, 2015

                                                EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE