UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER D. SCHNEIDER,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA N.A, BANK OF AMERICA MORTGAGE, BANK OF AMERICA HOME LOANS SERVICING LP, BALBOA INSURANCE CO., HOME RETENTION GROUP, QUALITY RETENTION GROUP, QUALITY LOAN SERVICE CORP., CLIFF COLER, DOES 1-40,<br><br>Defendants. | No.  2:11-cv-2953-JAM-EFB PS<br><br><br>ORDER |

This case was before the court on May 13, 2015, for hearing on three separate motions: (1) defendant Quality Loan Service Corp.'s ("Quality") motion to compel plaintiff's discovery responses, to deem matters admitted, and for an award of reasonable attorney's fees, ECF No. 174; (2) plaintiff's motion to modify the court's November 18, 2014 scheduling order, ECF No. 188; and (3) plaintiff's motion to stay this case, ECF No. 191.  Attorney Alison Lippa appeared on behalf of defendants Bank of America, N.A., Federal Home Loan Mortgage Corporation, and Balboa Insurance Co.; attorney Seth Harris appeared on behalf of Quality.  Plaintiff, who is proceeding in pro se, appeared by telephone.

1

1   After careful consideration of the moving and opposing papers and the arguments at the
2   hearing, and for the reasons stated on the record, plaintiff's motion to stay is denied.  Further,
3   Quality's motions to compel, to deem matters admitted, and for an award of reasonable attorney's
4   fees are granted.

5   On or before May 27, 2015, plaintiff shall serve responses to Quality's Interrogatories and
6   produce documents responsive to Quality's Request for Production of Documents.  The Requests
7   for Admissions served on plaintiff (*see* ECF No. 145 Ex. 2) are deemed admitted.  Further, within
8   7 days of this order, Quality shall submit a declaration detailing the reasonable expenses it
9   incurred in bringing its motion to compel.

10  It is further ordered that plaintiff shall appear for and cooperate in the taking of his
11  deposition.  The deposition shall occur at the time and place for which it was duly noticed.

12  Plaintiff's motion to modify the scheduling order is granted in part and denied in part.
13  The deadline for disclosures of experts is extended as follows:  The parties shall serve their initial
14  expert disclosures upon all other parties on or before June 12, 2015; rebuttal expert disclosures
15  shall be served on or before July 10, 2015.  Plaintiff's motion to modify is otherwise denied.

16  So Ordered.

17  DATED:  May 13, 2015.

           _____
           EDMUND F. BRENNAN
           UNITED STATES MAGISTRATE JUDGE