UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER D. SCHNEIDER, | No. 2:11-cv-2953-JAM-EFB PS |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| BANK OF AMERICA N.A.; FHLMCLBAC 173 a.k.a. FEDERAL HOMELOAN MORTGAGE CORPORATION(FREDDIE MAC); BAC HOME LOANSSERVICING LP; BALBOA INSURANCECO.; BANK OF AMERICAMORTGAGE; QUALITY LOANSERVICE CORP.; HOME RETENTIONGROUP, | |
| Defendants. | |

On February 27, 2015, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. After an extension of time, plaintiff filed objections on March 20, 2015, and they were considered by the undersigned.

This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court

assumes its correctness and decides the motions on the applicable law.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full. Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed February 27, 2015, are ADOPTED;

2. Plaintiff's motion to amend the second amended complaint, ECF No. 168, is denied.

DATED: June 9, 2015

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE

2