UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER D. SCHNEIDER, | No. 2:11-cv-2953-JAM-EFB |
| Plaintiff, | |
| v. | ORDER |
| BANK OF AMERICA N.A, BANK OFAMERICA MORTGAGE, BANK OFAMERICA HOME LOANS SERVICINGLP, BALBOA INSURANCE CO., HOMERETENTION GROUP, QUALITYRETENTION GROUP, QUALITY LOANSERVICE CORP., CLIFF COLER, DOES1-40, | |
| Defendants. | |

This case, in which plaintiff is proceeding *in propria persona*, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On June 15, 2015, attorney Michael Yesk filed a substitution of attorney/notice of appearance as attorney of record for plaintiff.

Because plaintiff is now represented by counsel, the referral to the magistrate judge will be withdrawn and the case will be referred back to the district judge. The undersigned will, however, continue to perform the usual discovery tasks associated with ordinary civil cases.

/////

1

Accordingly, it is hereby ORDERED that:

1. The referral of this case to the magistrate judge is withdrawn and the case is referred back to the district judge.

2. All dates heretofore set, except for the July 1, 2015 hearing on defendants' motion for terminating sanctions and/or to compel plaintiff to appear for deposition, ECF No. 207, are vacated.

3. Plaintiff's motion to "preserve evidence," ECF No. 205, filed by plaintiff in pro per, is deemed withdrawn and denied without prejudice. Counsel for plaintiff may renew the motion, if appropriate.

DATED: June 15, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2