# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**CHRISTOPHER D. SCHNEIDER,**

v.

CASE NO: **2:11–CV–02953–JAM–EFB**

**BANK OF AMERICA N.A, ET AL.,**

**XX** –– **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 5/20/16**

**Marianne Matherly**
Clerk of Court

ENTERED: **May 20, 2016**

by: /s/ R. Becknal
Deputy Clerk