# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER D. SCHNEIDER,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA N.A.; BANK OF AMERICA MORTGAGE; BANK OF AMERICA HOME LOANS SERVICING LP; BALBOA INSURANCE COMPANY; HOME RETENTION GROUP; QUALITY LOAN SERVICE CORPORATION; CLIFF COLER; and DOES 1-100, inclusive,<br><br>Defendant. | No. 2:11-cv-2953-JAM-EFB PS<br><br>ORDER |

On June 1, 2016, the court entered judgment against plaintiff and in favor of defendants on all claims. ECF No. 295. Thereafter, plaintiff filed a motion for a new trial (ECF No. 297), which was denied (ECF Nos. 349, 352). Plaintiff now moves for injunctive relief, requesting that defendants be enjoined from selling his home at a foreclose auction. ECF No. 354.

As plaintiff failed to succeed on his claims, he is not entitled to any relief. Accordingly, plaintiff's motion for injunctive relief (ECF No. 354) is denied.

DATED: 12/19/2017

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

1