UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 26 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTOPHER D. SCHNEIDER, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> BANK OF AMERICA, N.A.; et al., <br><br> Defendants-Appellees. | No. 18-15106 <br><br> D.C. No. 2:11-cv-02953-JAM-EFB <br> Eastern District of California, Sacramento <br><br> ORDER |

Before: CANBY, WARDLAW, and RAWLINSON, Circuit Judges.

This appeal is dismissed as unnecessary. The Clerk shall docket appellant's notice of appeal filed in the district court on January 18, 2018 as an amended notice of appeal in appeal No. 16-16261.

All pending motions are denied as moot.

The briefing schedule and all pending motions for appeal No. 16-16261 will be addressed by separate order in that appeal.

**DISMISSED.**

MF/Pro Se